Joseph W. Creed (SBN 232129)
Law Offices of Joseph W. Creed
311 W. Civic Center Dr.,   Suite 311A
Santa Ana, California   92701
Telephone No.: (800) 679-4202
Facsimile No.: (714) 439-2121
Email: jcreed@cefirm.com

*Attorneys for Plaintiff* Carolyn Marie Flores

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLYN MARIE FLORES, an Individual,<br><br>Plaintiff<br><br>v.<br><br>WYNDHAM VACATION RESORTS, INC and DOES 1 through 50, inclusive,<br><br>Defendants**.** | **CASE NO: 5:25-cv-00402**<br><br>**COMPLAINT FOR BREACH OF CONTRACT AND REQUEST FOR ARBITRATION** |

**<u>Parties</u>**

1. The plaintiff is Carolyn Marie Flores (hereinafter referred to as "**Ms. Flores**" or "**Plaintiff**"), a resident of California. Ms. Flores resides at 28221 Basswood Way, Murrieta, CA 92563.

2. The Defendant is Wyndham Vacation Resorts Inc. (hereinafter referred to as "**Wyndham**" or "**Defendant**"), a corporation engaged in the sale of timeshares. Wyndham is a corporation owned by Wyndham, Destinations with their principal place of business located at 6277 Sea Harbor Dr., Orlando, FL 32821.

3. Ms. Flores does not know the true names and capacities of the defendants sued herein as DOES 1 through 50 ("**DOE Defendants**"), inclusive, and therefore sues said DOE Defendants by fictitious names.  Ms. Flores is informed and believes and based on such

**COMPLAINT FOR BREACH OF CONTRACT AND REQUEST FOR ARBITRATION**

1

information and belief avers that each of the DOE Defendants is contractually, strictly, negligently, intentionally, vicariously liable and or otherwise legally responsible in some manner for the acts and omissions described herein. Ms. Flores will amend this Complaint to set forth the true names and capacities of each DOE Defendant when same are ascertained.

4. Ms. Flores is informed and believes and based on such information and belief aver that Wyndham and DOE Defendants 1 through 10, inclusive and each of them, are and at all material times have been, the agents, servants or employees of each other, purporting to act within the scope of said agency, service or employment in performing the acts and omitting to act as averred herein. Wyndham and DOE Defendants 1 through 10, inclusive, are hereinafter collectively referred to as the "Defendants."

5. Each of the Defendants named herein are believed to and are alleged to have been acting in concert with, as employee, agent, co-conspirator or member of a joint venture of, each of the other Defendants, and are therefore alleged to be jointly and severally liable for the claims set forth herein, except as otherwise alleged

### Jurisdiction and Venue

5. This Court has jurisdiction under the Federal Arbitration Act (FAA), 9 U.S.C. 2, as the contract involves interstate commerce and includes an arbitration clause. *Gonzalez v. BMW of N. Am. LLC*, 2020 U.S. Dist. LEXIS 156483

6. This court has jurisdiction pursuant to 28 U.S.C. §1332(a)(1) as there exists diversity of all parties and the amount in controversy exceeds $75,000. Defendant has sufficient minimum contacts with California to subject it to jurisdiction in this judicial district because it has a substantial number of bank branches in the State, enters into numerous loans and agreements in California, and the facts and circumstances giving rise to the

**COMPLAINT FOR BREACH OF CONTRACT AND REQUEST FOR ARBITRATION**

2

Plaintiff's complaint all occurred within the State.

7. Venue is proper because the Defendants do business in this jurisdiction or otherwise have substantial contacts within this jurisdiction.

## Facts

6. On October 27, 2024, Ms. Flores purchased a timeshare from the Defendant while visiting Las Vegas, Nevada after discovering Defendant's advertising at her home in California.

7. Defendant promised to put the cost of the timeshare on a credit card with a zero percent interest rate for 9 months. Contrary to this promise, interest was charged immediately.

8. The contract provided a 5-day right of rescission, allowing Ms. Flores to cancel the contract by several methods of notice, including personally delivering the notice of cancellation to the developer where the presentation was given.

9. On October 29, 2024, within the 5-day rescission period, Ms. Flores personally delivered the notice of cancellation to the broker at the developer's office. The broker refused to acknowledge the cancellation.

10. Despite Ms. Flores' compliance with the cancellation terms, Defendant has not acknowledged the receipt of the cancellation and continues to Ms. Flores.

## Claims

11. **Breach of Contract:**
    - Ms. Flores and Defendant entered into a valid contract for the purchase of a timeshare.
    - Defendant breached the contract by failing to honor the zero percent interest rate for nine (9) months and by refusing to acknowledge Ms. Flores' valid cancellation notice.

**COMPLAINT FOR BREACH OF CONTRACT AND REQUEST FOR ARBITRATION**

- As a result of Defendant's breach, Ms. Flores has suffered damages, including being charged interest and continued billing for the timeshare.

12. **Request for Arbitration:**

    - The contract allows for arbitration to be requested through a filed lawsuit. The plaintiff hereby requests arbitration to resolve the dispute.

**Relief Sought:**

1. A declaration that the contract was validly rescinded by Ms. Flores.
2. A refund of all monies paid by Ms. Flores for the timeshare.
3. An order that Ms. Flores has no future liabilities under the contract.
4. An award of reasonable attorney fees and costs incurred in bringing this action. *Corbett v. Wild West Enterprises, Inc*., 713 F. Supp. 1360

**Conclusion:**

Ms. Flores respectfully requests that this Court grant the relief sought, including a declaration of valid rescission, a refund of all monies paid, no future liabilities, and reasonable attorney fees and costs. Ms. Flores also requests that the Court compel arbitration pursuant to the terms of the contract.

DATED: February 13, 2025              LAW OFFICES OF JOSEPH W. CREED

                                By:    /s/ Joseph W. Creed_____
                                       Joseph W. Creed
                                       Attorney for Plaintiff, Carolyn Marie Flores

**COMPLAINT FOR BREACH OF CONTRACT AND REQUEST FOR ARBITRATION**